IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KEVIN DEBERRY, #97808-020, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-562-ECM-SRW |
| | ) | [WO] |
| | ) | |
| WALTER WOODS, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to amend the petition filed by the petitioner on December 29, 2021 (Doc. 37), which was filed more than two years after the petition, and also considering the Recommendation of the Magistrate Judge dismissing this action, which was entered on December 10, 2021 (Doc. 36), it is

ORDERED that the motion to amend (Doc. 37) is DENIED.

DONE this 3rd day of January, 2022.

    /s/   Susan Russ Walker
UNITED STATES MAGISTRATE JUDGE